IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANET SNYDER,<br><br>    Plaintiff,<br><br>    v.<br><br>CONCORDIA PRIVATE CARE,<br><br>    Defendant. | 2:20-CV-01478-CCW |

## MEMORANDUM ORDER

This case has been referred to Chief United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On July 8, 2021, the Magistrate Judge issued a Report, ECF No. 17, recommending that Defendant's Motion to Dismiss the Complaint, ECF No. 6, should be denied in full. Service of the Report and Recommendation ("R&R") was made, and Defendant has filed Objections. *See* ECF No. 18.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered: Defendant's Motion to Dismiss the Complaint, ECF NO. 6, is hereby DENIED, and the R&R, ECF No. 17, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

August 9, 2021
                                                                        /s/Christy Criswell Wiegand
                                                                        CHRISTY CRISWELL WIEGAND
                                                                        United States District Judge

Cc:    Counsel of Record (via ECF)